# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154157(24)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KEENAN OMAR KING, SR.,
      Defendant-Appellant.
_____/

SC: 154157
COA: 331689
Jackson CC: 07-003708-FC

      On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his reply is GRANTED. The reply submitted on September 15, 2016, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2016

